JS-6

Katherine A. Sandoval, Esq. SBN 303656
MATTHIESEN, WICKERT & LEHRER, S.C.
1851 East Frist Street, Suite 1150
Santa Ana, CA 92705
Phone: (800) 637-9176
Fax: (262) 673-3766
ksandoval@mwl-law.com

*Attorneys for Plaintiff*
AMERICAN FAMILY CONNECT
PROPERTY AND CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, AS SUBROGEE FOR EDUARDO AND PATRICIA GONZALEZ,<br><br>               Plaintiff,<br><br>vs.<br><br>ELECTROLUX NORTH AMERICA, INC., an Ohio Corporation; and DOES 1 to 30, inclusive,<br><br>               Defendants. | **CASE NO. 5:21-CV-00221-JGB-SHKx**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>*Assigned to District Judge Jesus G. Bernal)*<br><br>*(San Bernardino Sup. Ct. No. CIVSB2027323)*<br><br>Action Filed:     Dec. 28, 2020 (State)<br>Removal Filed:   February 11, 2021<br>Trial Date:       August 23, 2023 |

     Pursuant to the Stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(ii), and the Court having duly reviewed the same it is therefore:

     ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action and Parties, with each Party bearing that Party's own attorney's fees and costs.

1 | The Clerk is directed to close the file.

2 |

3 | IT IS SO ORDERED.

4 |

5 |

6 | DATED: March 10, 2022

Judge Jesus G. Bernal
United States District Judge

ORDER FOR DISMISSAL WITH PREJUDICE